

# CHRIS DANIEL <span>01-15-00557-CR</span>

HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/25/2015 11:29:28 AM
CHRISTOPHER A. PRINE
Clerk

June 22, 2015

ANGELA L. CAMERON
ATTORNEY OF RECORD
1201 FRANKLIN, 13TH FLOOR
HOUSTON TX 77002

Defendant's Name: LAWSON KELECHI ECHETO

Cause No: 2017953

Court: #9

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 06/12/2015
**Sentence Imposed Date:** 06/09/2015
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** ANGELA L. CAMERON

Sincerely,

/S/ N. Salinas

Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

TAVIS JACKS      (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

Cause No. 2017953

THE STATE OF TEXAS
V.
Echeto, Lawson Kelechi , A/K/A/ _____

_____ District Court / County Criminal Court at Law No. 9

Harris County, Texas

**FILED**
~~Chris Daniel~~
District Clerk

NOTICE OF APPEAL

JUN 12 2015

Time:_____

Harris County, Texas

By_____
Deputy

**TO THE HONORABLE JUDGE OF SAID COURT:**

On ___06/12/2015___ (date), the defendant in the above numbered and styled cause gives
NOTICE OF APPEAL of his conviction.

**The undersigned attorney (check appropriate box):**

☒ MOVES to withdraw.
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

___06/12/2015___
**Date**

___Lawson Kelechi Echeto___
**Defendant (Printed name)**

**Attorney (Signature)**

___Lucio Antonio Montes___
**Attorney (Printed name)**

___24037130___
**State Bar Number**

___7324 S.W. Fwy Ste 905, Houston, TX 77074___
**Address**

___(713) 526-4999___
**Telephone Number**

**The defendant (check all that apply):**

☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☒ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

**Defendant (Signature)**

___Echeto, Lawson Kelechi___
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On __06/12/2015__ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☒ **IS** indigent for the purpose of

    ☒ employing counsel

    ☒ paying for a clerk's and court reporter's record.

    ☒ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

    ☐ Counsel's motion to withdraw is **GRANTED** / **DENIED**.

    ☐ Defendant / appellant's motion (to be found indigent) is **DENIED**.

    ☒ Defendant's / appellant's motion is **GRANTED** and

        ☐ _____(attorney's name & bar card number) is **APPOINTED** to represent defendant / appellant on appeal.

        ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

    ☒ **SET** at $ _____ 1<sup>oo</sup>

    ☐ **TO CONTINUE** as presently set.

    ☐ **DENIED** and is **SET** at **NO BOND**. (Felony Only)

DATE SIGNED: _____ JUN 1 2 2015

JUDGE PRESIDING,
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ___,
HARRIS COUNTY, TEXAS

Cause No. _2017953_

## THE STATE OF TEXAS

### V.

_Lawson Kelechi Echeto_ , A/K/A/ _____

_____ District Court / County Criminal Court at Law No. _9__

**Harris County, Texas**

### OATH OF APPOINTED ATTORNEY ON APPEAL

I, _Angela Cameron_ , Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to perform my duties as appellate counsel, I will notify the Court immediately so that the Court may take the appropriate action as deemed necessary.

_____          _007886 72_____
Attorney-at-Law (Signature)                                   BAR Number / SPN

_1201 @ Franklin 13th___          _Houston TX 77002_
Address                                                        City / State / Zip

_713 - 274 - 6202___          _713 - 437 - 4327_
Phone                                                         FAX

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

CAUSE NO. 2017953

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
|---|---|---|
| vs. | § | COURT AT LAW NUMBER 9 |
| Lawson Kelechi Echeta | § | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐ the defendant has waived the right of appeal.

_____
**Judge Presiding**

6-9-15
JUN 9 2015
**Date Signed**

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
**Defendant**

_____
**Defendant's Counsel**

Mailing address: _____

State Bar of Texas ID Number: 24037130

Mailing address: _____

Telephone number: _____

Telephone number: _____

Fax number (if any): _____

Fax number (if any): _____

FILED
Chris Daniel
District Clerk
JUN 09 2015
Time: _____
Harris County, Texas
By _____
Deputy

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. Texas Rule of Appellate Procedure 25.2(a)(2).

CCL Form 22

12-04-2012

# APPEAL CARD

Court __9__   Due: 8-8-15  / 1st

Cause No. __2017953__

## The State of Texas
### Vs

Lawson Kelechi Echeto

4-9-15

Date Notice
Of Appeal: 6-12-2015

Presentation:                Vol._____ Pg._____

Judgment:                    Vol._____ Pg._____

Judge Presiding _Analia Wilkerson_
Court Reporter _Tavis Jacks_
Court Reporter _____
Court Reporter _____

Attorney
on Trail _Lucio A. Montes_

Attorney
on Appeal _Angela L. Cameron_

        Appointed __✓__ Hired _____

Offense _Resist Arrest_

Jury Trail:        Yes __✓__ No _____

Punishment
Assessed _70 Days HCJ / 70 Days Credit_

Companion Cases
(If Known) _____

Amount of
Appeal Bond _$1.00_

Appellant
Confined:        Yes _____ No __✓__

Date Submitted          JUN 18 2015
To Appeal Section _____

Deputy Clerk _Jairus Jean_

22/996